JOHN P. KRISTENSEN (SBN 224132)
DAVID L. WEISBERG (SBN 211675)
**KRISTENSEN WEISBERG, LLP**
12304 Santa Monica Blvd., Suite 100
Los Angeles, California 90025
Telephone: 310-507-7924
Fax: 310-507-7906
*john@kristensenlaw.com*
*david@kristensenlaw.com*

*Attorneys for Plaintiff and all others similarly situated*

# THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| KAMILLE COULTER, on behalf of herself and all others similarly situated,<br><br>　　Plaintiff,<br><br>vs.<br><br>INTERNATIONAL CRUISE & EXCURSION GALLERY, INC.; and DOES 1 through 20, inclusive, and each of them,<br><br>　　Defendants. | Case No. 2:15-cv-08504-GW-PJW<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO PLAINTIFF KAMILLE COULTER ONLY**<br><br>**[Fed. R. Civ. Pro., Rule 41(a)(1)(A)(i)]**<br><br>Judge: Hon. George Wu<br><br>Complaint Filed: October 30, 2015 |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO PLAINTIFF KAMILLE COULTER ONLY**

-1-

**TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff Kamille Coulter hereby dismisses this action with prejudice as to her claims, and without prejudice as to the claims of the putative class. This notice is being filed and served prior to the filing of a responsive pleading, motion for summary judgment, or motion to dismiss by Defendant International Cruise & Excursion Gallery, Inc. Although this case was filed as a class action, no class has been certified, and court approval of this dismissal is therefore not required under Rule 23(a) of the Federal Rules of Civil Procedure.

Dated:  June 24, 2016                    Respectfully submitted,

                                         By:  */s/ John P. Kristensen*

                                         John P. Kristensen (SBN 224132)
                                         *john@kristensenlaw.com*
                                         David L. Weisberg (SBN 211675)
                                         *david@kristensenlaw.com*
                                         **KRISTENSEN WEISBERG, LLP**
                                         12304 Santa Monica Blvd., Suite 221
                                         Los Angeles, California 90025
                                         Telephone:  (310) 507-7924
                                         Fax:  (310) 507-7906

                                         Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Kristensen Weisberg, LLP, 12304 Santa Monica Boulevard, Suite 100, Los Angeles, California 90025. The foregoing document was served via ECF on all parties and their attorneys of record in case number 2:15-cv-08504-GW-PJW entitled KAMILLE COULTER, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED V. INTERNATIONAL CRUISE & EXCURSION GALLERY, INC., ET AL.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Los Angeles, California on June 24, 2016.

*/s/ Neil Ortlani*
Neil Ortlani

CERTIFICATE OF SERVICE